UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

DESIRAE BARRE,

                                 Plaintiff,

-against-

DICARLO FOOD SERVICE and DICARLO
DISTRIBUTORS, INC.,

                                 Defendants.

------------------------------------------------------------x

Case No. CV 09-01607 (SJF)(ETB)

**SUBSTITUTION OF
COUNSEL**

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the law firm of Jackson Lewis LLP is substituted as counsel of record for Defendants DiCarlo Food Service and DiCarlo Distributors, Inc., in place and instead of the law firm of Friedman Harfenist Kraut & Perlstein LLP in the above-entitled action.

FRIEDMAN HARFENIST KRAUT
   & PERLSTEIN LLP
3000 Marcus Avenue, Suite 2E1
Lake Success, New York 11042
Tel (516) 355-9600
Fax (516) 355-9601

By: _____
   Steven J. Harfenist, Esq. (SH 6930)
   *Withdrawing Attorneys*

JACKSON LEWIS LLP
58 South Service Road, Suite 410
Melville, New York 11747
Tel (631) 247-0404
Fax (631) 247-0404

By: _____
   Paul Siegel, Esq. (PS 2245)
   *Superseding Attorneys*

DICARLO FOOD SERVICE and
   DICARLO DISTRIBUTORS, INC.,

By: _____
   *Defendants*

Dated: October __, 2009
       Melville, New York